In the Matter of the Claim of JAMES P. SCOVILLE, Respondent, against TOLHURST MACHINE WORKS et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Workmen's Compensation Law — partial loss of use of hand resulting from abscess which developed from infected blood blister caused by use of tool — award properly allowed.*

*Scoville* v. *Tolhurst Machine Works*, 193 App. Div. 606, affirmed.

(Submitted March 3, 1921; decided March 22, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 15, 1920, affirming an award of the state industrial commission made under the Workmen's Compensation Law. Claimant in the course of his employment was obliged to use a pair of pliers. The constant use thereof caused a blood blister in the palm of his hand. There was testimony that the blister broke, became infected through his continuance at work, and resulted in a palmar abscess which caused the partial loss of the use of the right hand. Defendant contended that claimant's injury was not accidental but arose from a vocational disease.

*J. Arthur Hilton* and *Alfred T. Tompkins* for appellants.

*Charles D. Newton*, Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.